THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL L. BUSH, derivatively on behalf of L&L Energy, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DICKSON V. LEE, NORMAN MINETA, SHIRLEY KIANG, IAN ROBINSON, DENNIS BRACY, ROBERT LEE, and DR. SYD S. PENG, <br><br> Defendants. <br><br> and <br><br> L&L ENERGY, INC., , <br><br> Nominal Defendant. | No. 2:11-cv-01910 RSL <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR L&L ENERGY'S AND INDIVIDUAL DEFENDANTS' RESPONSES TO VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

Plaintiff Russell L. Bush, Defendants Dickson V. Lee, Norman Mineta, Shirley Kiang, Ian Robinson, Dennis Bracy, Robert Lee and Dr. Syd S. Peng, and Nominal Defendant L&L Energy, Inc., by and through their undersigned counsel of record hereby stipulate that the deadline for the filing of L&L Energy's and the Individual Defendants' responses to Plaintiff's Verified Shareholder Derivative Complaint is hereby extended until May 29, 2012.

STIPULATION & ORDER EXTENDING DEADLINE FOR
RESPONSES TO COMPLAINT - 1
No. 2:11-cv-01910
126372.0002/5353005.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  DATED: April 11, 2012.

2  Law Offices of Clifford A. Cantor, P.C.     MCNAUL EBEL NAWROT & HELGREN PLLC

4  By *s/ Rudy A Englund for Clifford A. Cantor via telephonic authorization*     By *s/ Rudy A Englund for Robert M. Sulkin via email authorization*

5      Clifford A. Cantor, WSBA No. 17893     Robert M. Sulkin, WSBA No. 15425
Attorneys for Plaintiff Russell L. Bush     Attorneys for Defendants

LANE POWELL PC

8  By *s/Rudy Englund*
    Larry S. Gangnes, WSBA No. 08118
9      Rudy Englund, WSBA No. 04123
    Erin M. Wilson, WSBA No. 42454
10  Attorneys for Nominal Defendant L&L Energy, Inc.

---

STIPULATION & ORDER EXTENDING DEADLINE FOR RESPONSES TO COMPLAINT - 2
No. 2:11-cv-01910

126372.0002/5353005.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  **ORDER**

2  This matter having come before the Court on the parties' stipulation, it is so
3  ORDERED.

4  DATED this 12th day of April, 2012.

*[signature]*
The Honorable Richard S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER EXTENDING DEADLINE FOR
RESPONSES TO COMPLAINT - 3
No. 2:11-cv-01910

126372.0002/5353005.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107