THE HONORABLE ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  RUSSELL L. BUSH, derivatively on behalf    )
11  of L&L Energy, Inc.,                        )
                                                 )
12                           Plaintiff,          )
                                                 )
13              v.                               )    No. 2:11-cv-01910 RSL
                                                 )
14  DICKSON V. LEE, NORMAN MINETA,              )    **STIPULATION AND ORDER**
    SHIRLEY KIANG, IAN ROBINSON,                )    **EXTENDING DEADLINE FOR L&L**
15  DENNIS BRACY, ROBERT LEE, and DR.           )    **ENERGY'S AND  INDIVIDUAL**
    SYD S. PENG,                                )    **DEFENDANTS' RESPONSES TO**
16                                               )    **VERIFIED SHAREHOLDER**
                             Defendants.         )    **DERIVATIVE COMPLAINT**
17                                               )
                and                              )
18                                               )
    L&L ENERGY, INC., ,                          )
19                                               )
                     Nominal Defendant.          )
20  _____ )

21        Plaintiff Russell L. Bush, Defendants Dickson V. Lee, Norman Mineta, Shirley Kiang,

22  Ian Robinson, Dennis Bracy, Robert Lee and Dr. Syd S. Peng, and Nominal Defendant L&L

23  Energy, Inc., by and through their undersigned counsel of record hereby stipulate that the

24  deadline for the filing of L&L Energy's and the Individual Defendants' responses to Plaintiff's

25  Verified Shareholder Derivative Complaint is hereby extended until August 15, 2012.

26

27

STIPULATION & ORDER EXTENDING DEADLINE FOR
RESPONSES TO COMPLAINT - 1
No. 2:11-cv-01910

126372.0002/5429906.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1    DATED: _____, 2012.

2    Law Offices of Clifford A. Cantor, P.C.          MCNAUL EBEL NAWROT & HELGREN
                                                      PLLC
3

4    By  *s/ Rudy A Englund for Clifford A. Cantor*   By  *s/ Rudy A Englund for Robert M. Sulkin* via
     via email authorization                         email authorization
5        Clifford A. Cantor, WSBA No. 17893               Robert M. Sulkin, WSBA No. 15425
     Attorneys for Plaintiff Russell L. Bush          Attorneys for Defendants
6
     LANE POWELL PC
7

8    By  *s/Rudy Englund*
         Larry S. Gangnes, WSBA No. 08118
9        Rudy Englund, WSBA No. 04123
         Erin M. Wilson, WSBA No. 42454
10   Attorneys for Nominal Defendant L&L
     Energy, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     STIPULATION & ORDER EXTENDING DEADLINE FOR
     RESPONSES TO COMPLAINT - 2                                    **LANE POWELL** PC
     No. 2:11-cv-01910                                    1420 FIFTH AVENUE, SUITE 4100
                                                          SEATTLE, WASHINGTON  98101-2338
     126372.0002/5429906.1                               206.223.7000 FAX: 206.223.7107

1

## <u>ORDER</u>

2          This matter having come before the Court on the parties' stipulation, it is so

3  ORDERED.

4

5          Dated this 3rd day of July, 2012.

6                                        *Mr S Lasnik*

7                                        Robert S. Lasnik
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION & ORDER EXTENDING DEADLINE FOR
RESPONSES TO COMPLAINT - 3
No. 2:11-cv-01910

126372.0002/5429906.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107