HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY FINKELSTEIN, derivatively on behalf of L&L Energy, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DICKSON V. LEE, *et al.*, <br><br> Defendants, <br><br> - and - <br><br> L&L ENERGY, INC., <br><br> Nominal Defendant. | NO. C11-1910RSL <br><br> STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL <br><br> **NOTE ON MOTION CALENDAR: MARCH 11, 2014** <br><br> [CLERK'S ACTION REQUIRED] |

Pursuant to LCR 83.2(b)(1), Defendants Dickson Lee, Norman Mineta, Shirley Kiang, Ian Robinson, Dennis Bracy, Robert Lee, and Syd S. Peng (the "Director Defendants"); Nominal Defendant L&L Energy, Inc.; and Plaintiff Jay Finkelstein, through counsel undersigned, hereby stipulate and agree that the law firm of McNaul Ebel Nawrot & Helgren PLLC should be withdrawn as counsel to the Director Defendants in this action, and that the law firm of Calfo Harrigan Leyh & Eakes LLP, through attorneys Timothy G. Leyh, Tyler L. Farmer, and Shane P. Cramer, should be substituted in as counsel to the Director Defendants.

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1 (C11-01910RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   DATED this 11th day of March, 2014.

2   McNAUL EBEL NAWROT & HELGREN PLLC

3

4   By: s/*Robert M. Sulkin*
    Robert M. Sulkin, WSBA #15425
    600 University Street, Suite 2700
5   Seattle, Washington 98101
    Phone: (206) 467-1816
6   Fax: (206) 624-5128
    Email: rsulkin@mcnaul.com
7

*Withdrawing Counsel for Defendants*
8   *Dickson Lee, Norman Mineta, Shirley Kiang,*
    *Ian Robinson, Dennis Bracy, Robert Lee, and*
9   *Syd S. Peng*

CALFO HARRIGAN LEYH & EAKES LLP

By: s/*Timothy G. Leyh*
By: s/*Tyler L. Farmer*
By: s/*Shane P. Cramer*
    Timothy G. Leyh, WSBA #14853
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Phone:  (206) 623-1700
    Fax:  (206) 623-8717
    Email: timl@calfoharrigan.com
    Email: tylerf@calfoharrigan.com
    Email: shanec@calfoharrigan.com

10

*Substituting Counsel for Defendants Dickson*
11  *Lee, Norman Mineta, Shirley Kiang, Ian*
    *Robinson, Dennis Bracy, Robert Lee, and Syd*
12  *S. Peng*

13  LAW OFFICES OF
    CLIFFORD A. CANTOR, P.C.
14

15  By:  s/*Cliff Cantor*
    Cliff Cantor, WSBA # 17893
    627 208th Ave. SE
16  Sammamish, WA 98074
    Tel: (425) 868-7813
17  Fax: (425) 732-3752
    Email: cliff.cantor@outlook.com

18  LEVI & KORSINSKY, LLP

19
    By:  s/*Nicholas I. Porritt*
20  Nicholas I. Porritt
    1101 30th Street N.W., Suite 115
21  Washington D.C. 20007
    Tel: (202) 524-4290
22  Fax: (202) 333-2121
    Email: nporritt@zlk.com

23
    *Counsel for Plaintiff Jay Finkelstein*
24

LANE POWELL PC


By: s/*Rudy Englund*
    Rudy Englund, WSBA # 4123
    1420 Fifth Avenue, Suite 4100
    Seattle, Washington 98101
    Tel: (206) 223-7000
    Fax: (206) 223-7107
    Email: englundr@lanepowell.com

*Counsel for Defendant L&L Energy, Inc.*

---

STIPULATED MOTION AND ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 2 (C11-01910RSL)

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of March, 2014.

_[signature]_
Robert S. Lasnik
United States District Judge

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By: _s/Timothy G. Leyh_
By: _s/Tyler L. Farmer_
By: _s/Shane P. Cramer_
   Timothy G. Leyh, WSBA #14853
   Tyler L. Farmer, WSBA #39912
   Shane P. Cramer, WSBA #35099
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Phone:  (206) 623-1700
   Fax:  (206) 623-8717
   Email: timl@calfoharrigan.com
   Email: tylerf@calfoharrigan.com
   Email: shanec@calfoharrigan.com

*Substituting Counsel for Defendants Dickson Lee, Norman Mineta, Shirley Kiang, Ian Robinson, Dennis Bracy, Robert Lee, and Syd S. Peng*

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3 (C11-01910RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717