THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY FINKELSTEIN, derivatively on behalf of L&L Energy, Inc.,<br><br>                Plaintiff,<br><br>    v.<br><br>DICKSON V. LEE, *et al.*,<br><br>                Defendants,<br><br>    and<br><br>L&L ENERGY, INC.,<br><br>                Nominal Defendant. | No. C11-1910 RSL<br><br>**FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT** |

Pursuant to the February 13, 2014 Order Granting Joint Stipulation and Order for Temporary Stay Pending Settlement Efforts, and the Parties' previous status reports filed on May 15, June 16, July 15 and August 14, 2014, the Parties hereby provide the Court with their Further Updated Joint Status Report re Mediation/Settlement.

The Parties have reached a resolution of the disputed settlement agreement terms referenced in the August 14, 2014 Report and are finalizing the Stipulation of Settlement and Settlement Approval papers.

For reasons of judicial economy and the convenience of the parties, the plaintiffs in the four related L&L Energy derivative actions will be filing pursuant to the Stipulation of

**FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT - 1**
No. C11-1910 RSL

126372.0004/6068203.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Settlement, a single motion for settlement approval in *Stouffer v. Dickson V. Lee*, et al., Case No. 11-0C-00352-1B (Nevada State Court), the first-filed of the four related cases, on or before September 19, 2014, and have scheduled a preliminary-approval hearing for September 26, 2014.

In view of the foregoing, the Parties respectfully request that they be permitted to provide the Court a further status report and/or their anticipated Stipulated Motion and Proposed Order to stay this action pending the completion of the settlement-approval process in *Stouffer* in fifteen days, on or before September 30, 2014.

Dated: September 15, 2014

| | |
|---|---|
| LAW OFFICES OF<br>  CLIFFORD A. CANTOR, P.C.<br>*s/ Cliff Cantor*<br>Cliff Cantor, WSBA # 17893<br>627 208th Ave. SE Sammamish, WA 98074<br>Tel:   (425) 868-7813<br>Fax:  (425) 732-3752<br>Email: cliff.cantor@outlook.com | LANE POWELL PC<br><br>*s/ Rudy Englund*<br>Rudy Englund, WSBA # 4123<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101<br>Tel:   (206) 223-7000<br>Fax:  (206) 223-7107<br>Email: englundr@lanepowell.com<br><br>Attorneys for Defendant L&L Energy, Inc. |

**FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT - 2**
No. C11-1910 RSL

126372.0004/6068203.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| LEVI & KORSINSKY, LLP | CALFO HARRIGAN LEYH & EAKES LLP |
| *s/ Nicholas Porritt* | *s/ Timothy G. Leyh* |
| Nicholas I. Porritt | *s/ Tyler L. Farmer* |
| 1101 30th Street N.W., Suite 115 | *s/ Shane P. Cramer* |
| Washington D.C. 20007 | Timothy G. Leyh, WSBA #14853 |
| Tel: (202) 524-4290 | Tyler L. Farmer, WSBA #39912 |
| Fax: (202) 333-2121 | Shane P. Cramer, WSBA #35099 |
| Email: nporritt@zlk.com | 999 Third Avenue, Suite 4400 |
| | Seattle, WA 98104 |
| Attorneys for Plaintiff Jay Finkelstein | Phone: (206) 623-1700 |
| | Fax: (206) 623-8717 |
| | Email: timl@calfoharrigan.com |
| | Email: tylerf@calfoharrigan.com |
| | Email: shanec@calfoharrigan.com |
| | Attorneys for Defendants Dickson Lee, Norman Mineta, Shirley Kiang, Ian Robinson, Dennis Bracy, Robert Lee, and Syd S. Peng |

**FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT - 3**
No. C11-1910 RSL

126372.0004/6068203.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 15, 2014 I caused to be served a copy of the foregoing **FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT** on the following person(s) in the manner indicated below at the following addresses:

| | |
|---|---|
| Clifford A. Cantor<br>Law Offices of Clifford A. Cantor, P.C.<br>627 208th Ave. S.E.<br>Sammamish, WA 98074-7033<br>Ph: 425-868-7813<br>Fx: 425-732-3752<br>Email: cliff.cantor@outlook.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Nicholas I. Porritt<br>Levi & Korsinsky LLP<br>1101 30th Street NW<br>Suite 115<br>Washington, DC 20007<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>Email: nporritt@zlk.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

*s/Rudy A. Englund*
Rudy A. Englund

**FURTHER UPDATED JOINT STATUS REPORT RE MEDIATION/SETTLEMENT - 4**
No. C11-1910 RSL

126372.0004/6068203.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107