THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY FINKELSTEIN, derivatively on behalf of L&L Energy, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>DICKSON V. LEE, *et al.*,<br><br>                    Defendants,<br><br>and<br><br>L&L ENERGY, INC.,<br><br>                  Nominal Defendant. | No. C11-1910 RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR STAY**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 30, 2014** |

Pursuant to the September 15, 2014 Further Updated Joint Status Report re Mediation/Settlement ("Joint Status Report"), the Parties, by and through their undersigned counsel of record, hereby jointly stipulate and move as follows.

1. On September 19, 2014, the Parties finalized their negotiated settlement and executed a Stipulation of Settlement. A copy of the Stipulation of Settlement, with exhibits, is attached as Exhibit 1 to the accompanying Declaration of Rudy A. Englund in Support of Stipulated Motion for Stay ("Englund Declaration").

2. As indicated in the Joint Status Report, for reasons of judicial economy and the convenience of the Parties, the Plaintiffs in the four related L&L Energy derivative actions

STIPULATED MOTION AND [PROPOSED] ORDER
FOR STAY - 1
No. C11-1910 RSL
126372.0004/6149262.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1. identified in the Stipulation of Settlement jointly filed on September 19, 2014 pursuant to the Stipulation of Settlement, a single Motion for Settlement Approval in *Stouffer v. Dickson V. Lee*, et al., Case No. 11-OC-00352-1B (Nevada State Court), the first filed of the four related derivative cases, and scheduled a preliminary-approval hearing for September 26, 2014.

3. The preliminary-approval hearing in *Stouffer* was conducted as scheduled on September 26, 2014. At that hearing, the court entered its Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"). A copy of the Preliminary Approval Order is attached as Exhibit 2 to the accompanying Englund Declaration.

4. As stated in the Preliminary Approval Order, a final settlement hearing has been scheduled before the *Stouffer* Court on December 4, 2014 at 9:00 am. The parties are in the process of complying with the various notice deadlines specified in the Preliminary Approval Order.

5. Paragraph 3.7 of the Stipulation of Settlement provides;

> Within five calendar days of entry of the Judgment approving the Settlement of this action [*Stouffer*], plaintiffs Finkelstein, Bessent, and Giesbrecht shall file voluntary dismissals in the Related Actions dismissing the Related Actions with prejudice, and shall use their reasonable best efforts to take, or cause to be taken, all actions, and to do, or cause to be done, all things, reasonably necessary, proper, or advisable under applicable laws, regulations, and agreements to secure such dismissals with prejudice.

6. In view of the foregoing, the Parties stipulate, agree and respectfully request that the Court enter an Order staying further proceedings in this action pending the December 4, 2014 final settlement hearing scheduled in the *Stouffer* action.

//
//
//
//

**STIPULATED MOTION AND [PROPOSED] ORDER FOR STAY - 2**
No. C11-1910 RSL
126372.0004/6149262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Dated: September 30, 2014

| | |
|---|---|
| LAW OFFICES OF<br>  CLIFFORD A. CANTOR, P.C.<br><br>s/ *Cliff Cantor*<br>Cliff Cantor, WSBA # 17893<br>627 208th Ave. SE Sammamish,<br>WA 98074<br>Tel: (425) 868-7813<br>Fax: (425) 732-3752<br>Email: cliff.cantor@outlook.com | LANE POWELL PC<br><br>s/ *Rudy Englund*<br>Rudy Englund, WSBA # 4123<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101<br>Tel: (206) 223-7000<br>Fax: (206) 223-7107<br>Email: englundr@lanepowell.com<br><br>Attorneys for Defendant L&L Energy, Inc. |
| LEVI & KORSINSKY, LLP<br><br>s/ *Nicholas Porritt*<br>Nicholas I. Porritt<br>1101 30th Street N.W., Suite 115<br>Washington D.C. 20007<br>Tel: (202) 524-4290<br>Fax: (202) 333-2121<br>Email: nporritt@zlk.com<br><br>Attorneys for Plaintiff Jay Finkelstein | CALFO HARRIGAN LEYH & EAKES LLP<br><br>s/ *Timothy G. Leyh*<br>s/ *Tyler L. Farmer*<br>s/ *Shane P. Cramer*<br>Timothy G. Leyh, WSBA #14853<br>Tyler L. Farmer, WSBA #39912<br>Shane P. Cramer, WSBA #35099<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Phone: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: timl@calfoharrigan.com<br>Email: tylerf@calfoharrigan.com<br>Email: shanec@calfoharrigan.com<br><br>Attorneys for Defendants Dickson Lee, Norman Mineta, Shirley Kiang, Ian Robinson, Dennis Bracy, Robert Lee, and Syd S. Peng |

STIPULATED MOTION AND [PROPOSED] ORDER
FOR STAY - 3
No. C11-1910 RSL

126372.0004/6149262.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

This matter having come before the Court on the parties' stipulation, it is so ORDERED.

Dated: October___, 2014

_____
The Honorable Robert S. Lasnik
United States District Judge

Presented by:
LANE POWELL PC

s/ Rudy Englund
_____
Rudy Englund, WSBA # 4123
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
Tel:   (206) 223-7000
Fax:   (206) 223-7107
Email: englundr@lanepowell.com

Attorneys for Defendant L&L Energy, Inc.

STIPULATED MOTION AND [PROPOSED] ORDER
FOR STAY - 4
No. C11-1910 RSL

126372.0004/6149262.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 30, 2014 I caused to be served a copy of the foregoing **STIPULATED MOTION AND PROPOSED ORDER FOR STAY** on the following person(s) in the manner indicated below at the following addresses:

| | |
|---|---|
| Clifford A. Cantor<br>Law Offices of Clifford A. Cantor, P.C.<br>627 208th Ave. S.E.<br>Sammamish, WA 98074-7033<br>Ph: 425-868-7813<br>Fx: 425-732-3752<br>Email: cliff.cantor@outlook.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Nicholas I. Porritt<br>Levi & Korsinsky LLP<br>1101 30th Street NW<br>Suite 115<br>Washington, DC 20007<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171<br>Email: nporritt@zlk.com | ☒ by **CM/ECF**<br>☐ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

DATED this 30th day of September, 2014 at Seattle, Washington.

*s/Rudy A. Englund*
Rudy A. Englund

---

STIPULATED MOTION AND [PROPOSED] ORDER
FOR STAY - 5
No. C11-1910 RSL

126372.0004/6149262.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107